UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kristina Terry v. Bayer HealthCare*      No. 14-cv-10218-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 6, 2016, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:   /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.01.07
20:54:13 -06'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT